W. M. HOPKINS, Appellant, v. Joseph B. THOMPSON, Superintendent, etc., et al.

No. 9408.

Circuit Court of Appeals, Eighth Circuit.

March 1, 1932.

Austin L. Wyman, of Chicago, Ill., and Clarence T. Case, David W. Voyles, and George L. Stemmler, all of St. Louis, Mo., for appellant.

James A. Potter, of Jefferson City, Mo., and Harry S. Rooks and William L. Mason, both of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal dismissed, at costs of appellant, but without taxation of attorney fee in favor of appellee.

---

Albert Y. HUTCHINSON et al., Appellants, v. UNITED STATES of America, Appellee.

No. 6331.

Circuit Court of Appeals, Fifth Circuit.

April 9, 1932.

Ray Leonard Selden, of Daytona Beach, Fla., for appellants.

W. P. Hughes, U. S. Atty., of Jacksonville, Fla.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

---

Paul LETHRO, Appellant, v. UNITED STATES of America.

No. 9476.

Circuit Court of Appeals, Eighth Circuit.

March 22, 1932.

William N. Jamieson, of Omaha, Neb., for appellant.

Charles E. Sandall, U. S. Atty., of Omaha, Neb.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee under rule 16.

---

George LIGHTFOOT, Appellant, v. UNITED STATES of America, Appellee.

No. 6277.

Circuit Court of Appeals, Fifth Circuit.

April 9, 1932.

Burton G. Henson, of Tampa, Fla., for appellant.

W. P. Hughes, U. S. Atty., of Jacksonville, Fla.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

---

LONG ISLAND SHIPYARD, Inc., Appellee, v. The Motor Cruiser SEA SCAMP, Appellant.

No. 261.

Circuit Court of Appeals, Second Circuit.

March 7, 1932.

Francis Finkelhor and Haaren & Barrett, all of New York City, for appellant.

Vail G. Tooker, of Port Jefferson, N. Y. (Charles A. Van Hagen, Jr., of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.